### THE ETCHISON DITCHING ASSOCIATION *v.* JEWELL.

APPEAL from the Madison Circuit Court.

PETTIT, C. J.—In all legal respects, this case is the same as the *Etchison Ditching Association* v. *Hillis*, 40 Ind. 408;

and on the authority of that case, the judgment in this is affirmed, at the costs of the appellant.

*M. S. Robinson* and *W. March*, for appellant.

*J. W. Sansberry* and *E. B. Goodykoontz*, for appellee.